Gregory B. Gershuni, Esq.   *California State Bar No. 82109*
Neal M. Goldstein, Esq.      *California State Bar No. 82187*
**GERSHUNI & GOLDSTEIN LLP**
10850 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024-4323
Telephone:  (310) 474-6300
Fax:  (310) 474-8022
Email: ggershuni@aol.com

Attorneys for Plaintiff, EMLinQ, LLC                              JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| EMLinQ, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER, INTERNAL REVENUE SERVICE, et l., <br><br> Defendants | Case Number CV 09-5985 JFW (FFMx) <br><br> **ORDER APPROVING AND GRANTING STIPULATION RE DISMISSAL BETWEEN PLAINTIFF AND DEFENDANTS COMMISSIONER, INTERNAL REVENUE SERVICE, COMCON MANUFACTURING SERVICES, INC., AND ATTORNEY RECOVERY SYSTEMS** |

Based on the Stipulation filed in this case, and for good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff EMLINQ's Complaint and the action are dismissed without prejudice; and

2. As between all parties, each party shall bear its own costs and attorney fees in connection with this proceeding.

**IT IS SO ORDERED.**

Dated: May 26, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE